**Raymond J. MEARS, a/k/a R. J. Mears et al., Petitioners,**

v.

**COMMISSIONER OF INTERNAL REVENUE, Respondent.**

**No. 24534.**

United States Court of Appeals
Fifth Circuit.

Nov. 29, 1967.

Benjamin S. Schwartz, Richard B. Wallace, Miami, Fla., for petitioners.

Lester R. Uretz, Chief Counsel, IRS, Charles Owen Johnson, Atty., IRS, Mitchell Rogovin, Asst. Atty. Gen., Lee A. Jackson, Harry Marselli, Robert N. Anderson, Chester C. Davenport, Attys., Dept. of Justice, Washington, D. C., for respondent.

Before JONES, WISDOM and DYER, Circuit Judges.

PER CURIAM:

This appeal tests the correctness of a memorandum decision of the Tax Court finding liability of the petitioner for income tax deficiencies. Mears v. Commissioner, Par. 66173, P-H T.C. The applicable rules of law were correctly stated and applied by the Tax Court in reaching its conclusion. Its decision is

Affirmed.

■

**Lloyd W. SAHLEY**

v.

**TIPTON COMPANY, Appellant.**

**No. 16609.**

United States Court of Appeals
Third Circuit.

Argued Nov. 9, 1967.

Decided Dec. 1, 1967.

James M. Tunnell, Jr., Morris, Nichols, Arsht & Tunnell, Wilmington, Del. (Andrew B. Kirkpatrick, Jr., David A. Drexler, Wilmington, Del., on the brief), for appellant.

Alan E. Bandler, New York City (William E. Taylor, Jr., Wilmington, Del., Kramer, Bandler & Labaton, New York City, Sidney Kramer, New York City, on the brief), for appellee.

Before STALEY, Chief Judge, and KALODNER and FORMAN, Circuit Judges.

OPINION OF THE COURT

PER CURIAM.

This is an appeal by Tipton Company, defendant below, from a judgment of the district court in the amount of $75,315.59, entered in favor of Lloyd W. Shaley, plaintiff below, after a trial to the court. The judgment was entered upon findings by the court that Tipton was the fraudulent transferee of plaintiff's judgment debtor, Mark T. McKee, not a party to this action, with respect to $118,361.66 in checks transferred by McKee to Tipton.

We have carefully examined the record; it discloses no reversible error. We will affirm the judgment of the district court on its well reasoned opinion, Sahley v. Tipton Co., 264 F.Supp. 653 (D.Del., 1967).